UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:15-CV-486(BR)

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| **NORRIS BRIDGES,** | ) | |
| **Defendant,** | ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This the 14th day of January, 2016.

*[signature]*
JULIE RICHARDS JOHNSTON
Clerk of Court